# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# AT RALEIGH

## THE HONORABLE MALCOLM J. HOWARD
## SENIOR UNITED STATES DISTRICT JUDGE PRESIDING

### FRIDAY, OCTOBER 8, 2010 @ 9:30 AM

### COURT REPORTER: DONNA TOMAWSKI

**OFFICERS PRESENT:**
JANET H. CALLIHAN, COURTROOM DEPUTY
COURT SECURITY OFFICERS (Rotation)

**THE CLERK CALLS THE CASE:**

**FOR HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Nikki Iacono                                                    #5:10-CV-416-H
in her individual capacity, and on
behalf of her mother child,
                Plaintiff
and

Ariana Iacono, Plaintiff


vs.

Shelly Marsh,
Clint Eaves,
Andrea Andino,
Johnston County Board of Education,
                Defendants

Counsel present for Plaintiffs - Jonathan D. Sasser

Counsel present for Defendants - Neal Ramee and Robert Kennedy

Preliminary Statements by the Court

Arguments for the record on behalf of the Plaintiffs
by Jonathan D. Sasser
9:35am - 9:53am

Arguments for the record on behalf of the Defendants
by Neal Ramee
9:53m - 10:40am

Recess - 10:40am
Reconvene - 10:50am

Rebuttle arguments by Plaintiff's counsel - Johnathan D. Sasser
10:50am - 10:54am

Cross Rebuttle arguments by Defendant's counsel - Neal Ramee
10:54am - 10:57am

<u>The Courts Oral Order - Rules as follows:</u>
The Court states findings on the record and GRANTS Plaintiff's Motion for Temporary Restraining Order
Ballots of hardship favor Plaintiff
Rule 65 injunctions - Plaintiff shall post bond and this is a constitutional issue in the sum of $500.00 as security for costs and damages. The parties consent to extend the 10 days to appear before the court on this matter pursuant to Rule 65 and tentatively sets the final TRO Hearing for the 3rd day of November, 2010 in Greenville (no time set).

Written Order to Follow by the court

Adjourn at 11:05am